

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2017

No. 04-16-00531-CV

Yvonne **OCANAS**,
Appellant

v.

Jose J. **OCANAS**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-18248
Honorable David A. Canales, Judge Presiding

## O R D E R

On March 1, 2017, this court issued an opinion and judgment granting the parties' joint motion to set aside the trial court's judgment without regard to the merits and to remand to the trial court for rendition of judgment in accordance with their settlement agreement. In our March 1, 2017 opinion and judgment, we vacated the trial court's judgment of June 8, 2016, and remanded to matter to the trial court for rendition of judgment in accordance with the settlement agreement. The parties have now filed a joint motion asking this court for immediate issuance of the mandate. We **GRANT** the motion and **ORDER** the clerk of this court to immediately issue the mandate. *See* TEX. R. APP. P. 18.1(c).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2017.

_____
Keith E. Hottle
Clerk of Court